**Jerome SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 74019.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 13, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 20, 1999.

Application to Transfer Denied
June 29, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**ORDER**

PER CURIAM.

Jerome Smith, Movant, pleaded guilty to first degree burglary in violation of section 569.160, RSMo 1994. The trial court sentenced Movant to eight years of imprisonment pursuant to his plea agreement with the State. Movant filed a motion for post-

---

conviction relief pursuant to Rule 24.035, which the motion court denied. Movant appeals.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).